

# Fourth Court of Appeals
## San Antonio, Texas

February 14, 2018

No. 04-17-00013-CV

Mark A. **CANTU** d/b/a Law Office of Mark Cantu,
Appellants

v.

**GUERRA & MOORE, LLP**, Carlos L. Guerra, J. Michael Moore and David J. Lumber,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2012CVQ0001154-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice (not participating)
                Patricia O. Alvarez, Justice (not participating)
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice

On January 19, 2018, appellees filed a Motion for En Banc Reconsideration. The motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of February, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court